AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

AMERICANS WITH DISABILITIES **E-filing**
ADVOCATES, a Nevada Nonprofit Corporation;
GEORGE S. LOUIE and BARNABUS
FAIRFIELD

**SUMMONS IN A CIVIL CASE**

        **v.**

CASE NUMBER:

MONETARY MANAGMENT OF CALIFORNIA
DBA MONEY MART, 3801 SAN PABLO
AVENUE, BERKELEY; C. AND PEISHA
CHUANG & TONY Y. AND AMY T. SHEN
        TO:

**C 02 4382** BZ



*ADR*

MONETARY MANAGMENT OF CALIFORNIA
DBA MONEY MART, 3801 SAN PABLO
AVENUE, BERKELEY; C. AND PEISHA
CHUANG & TONY Y. AND AMY T. SHEN

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

LAW OFFICES OF KIM F. MALLORY
KIM F. MALLORY, Esq. State Bar No.159870
4980 APPIAN WAY, SUITE 203
EL SOBRANTE, CA 94803
(510) 223-3657 FAX (510) 223-3652

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

SEP 1 1 2002

CLERK

DATE

MELINDA HENSON

(BY) DEPUTY CLERK